**Robert Michael MILLER, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 16-2433

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2017

Decided: June 6, 2017

Robert Michael Miller, Petitioner Pro Se. Katrina Marie Lederer, Katherine Michelle Smith, U.S. MERIT SYSTEMS PROTECTION BOARD, Washington, D.C., for Respondent.

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Michael Miller seeks review of the Merit Systems Protection Board's or-

der dismissing his whistleblower retaliation appeal for lack of jurisdiction. We have reviewed the record and find no error in the MSPB's decision. Accordingly, we deny the petition for review for the reasons stated by the MSPB. *Miller v. Fed. Deposit Ins. Corp.*, No. DC-1221-16-0071-W-1 (M.S.P.B. June 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*